## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | |
|---|---|
| KEINO JOHNSON | : |
| | : |
| Plaintiff | :   NO. 2:18-cv-0584 |
| | : |
| vs. | : |
| | : |
| GREEN LINE CAFÉ, LLC AND OAP, INC. | : |
| | : |
| Defendants, Third-Party Plaintiff | : |
| | : |
| vs. | |
| | |
| THE METROPOLIS GROUP, LLC | |
| | |
| Third-Party Defendant | |

### STIPULATION OF DISMISSAL OF THE THIRD-PARTY COMPLAINT OF DEFENDANT/THIRD-PARTY PLAINTIFF, OAP, INC. AGAINST THIRD PARTY DEFENDANT, THE METROPOLIS GROUP, LLC

Defendant/Third-Party Plaintiff, OAP, Inc. and Third-Party Defendant, The Metropolis Group LLC hereby agree and stipulate that OAP, Inc.'s Third-Party Complaint is hereby dismissed *without prejudice* based, in part, on the following conditions:

1.  The Metropolis Group LLC states that it will fully perform all of its defense, indemnity and hold harmless obligations arising under the lease between said parties with respect to the lawsuit brought by Keino Johnson;

2.  The law firm of Mester & Schwartz, P.C. will enter its appearance per a Withdrawal and Substitution of Counsel being filed of even date;

3.  The Metropolis Group LLC shall pay all attorneys' fees and costs incurred by OAP, Inc. (not to exceed five thousand dollars ($5,000) within ten (10) days of receipt of invoicing;

4.  All other conditions as set forth in a letter from Laurence A. Mester, Esquire to Andrew Fylypovych, Esquire dated April 20, 2018, which is not being attached to this Stipulation.

**MESTER & SCHWARTZ, PC**

Laurence A. Mester, Esquire
I.D. No.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036 ext. 103
*The Metropolis Group, Inc.*

**BURNS WHITE, LLC**

Andrew Fylypovych, Esquire
I.D. No. 40459
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428
(484) 567-5700
*Defendant/Third-Party Plaintiff,
OAP, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

**KEINO JOHNSON,**
    **Plaintiff**

**vs.**                                                                No.    **2:18-0584**

**GREEN LINE CAFÉ INC., et al.,**
    **Defendants**

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the **Stipulation of Dismissal**

**of Third-Party Complaint of OAP Inc. against The Metropolis Group LLC** this **23rd** day of

**April 2018** via First Class, postage pre-paid U.S. Mail upon the following:

Eric Brauer
Brauer & Schapiro
638 Newtown Yardley Road, Suite 2B
Newtown, PA 18940
(**Attorney for Plaintiff**)

Lindsay J. O'Neil
Gibbel Kraybill & Hess LLP
2933 Lititz Pike
Lancaster, PA 17606
(**Attorney for Green Line Café LLC**)

/s/  Laurence A. Mester

Laurence A. Mester