IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON, | : |
| | : |
|    Plaintiff | : CIVIL ACTION |
| | : |
| v. | : No. 18-584 |
| | : |
| GREEN LINE CAFÉ, LLC, et al., | : |
| | : |
|    Defendants | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff Keino Johnson and Defendants Green Line Café LLC and OAP, Inc. stipulate that all of Plaintiff Keino Johnson's claims in the above- captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania.

**GIBBEL KRAYBILL & HESS, LLP**       **BRAUER & SCHAPIRO, LLC**

BY:/s/Lindsay J. O'Neil      BY: /s/Eric Brauer
 Lindsay J. O'Neil, Esq.      Eric B. Brauer, Esq.
 Atty I.D. No. 313161      Atty I.D. No. 43624
 2933 Lititz Pike      638 Newtown Yardley Road
 P.O. Box 5349      Suite 2D
 Lancaster, PA 17606      Newtown, PA 18940
 *Counsel for Green Line Café, LLC*      *Counsel for Keino Johnson*

**MESTER & SCHWARTZ, PC**

BY:Laurence A. Mester
 Laurence A. Mester, Esq.
 Atty I.D. No.
 1333 Race Street
 Philadelphia, PA 19107
 *Counsel for OAP, Inc. & The Metropolis Group, LLC*

Case 2:18-cv-00584-MSG   Document 16   Filed 07/27/18   Page 2 of 2